

## COURT OF APPEALS FOR THE
### FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:        Anthony Whitehurst v. Sybil Thomas

Appellate case number:      01-21-00309-CV

Trial court case number:    1167394

Trial court:                County Civil Court at Law No. 4 of Harris County

On January 28, 2022, appellant filed a motion to stay the time period for filing his brief, noting that he has not received copies of the reporter's records that he previously requested. We interpret appellant's motion as an extension of time to file appellant's brief. *See* TEX. R. APP. 10.5(b). Accordingly, the Clerk of this Court is directed to send to appellant a copy of volumes one and two of the reporter's record filed on September 3, 2021. We further grant's appellant's motion and order that appellant's brief is due to be filed on April 9, 2022. *See* TEX. R. APP. 38.6(d).

It is so **ORDERED**.

Judge's signature: /s/ Sherry Radack
                   ☒Acting individually     ☐ Acting for the Court

Date: __March 3, 2022____